Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
VERONICA G. DELSID

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA G. DELSID, | No.  1:23-CV-00665 (BAM) |
| Plaintiff, | |
| v. | **STIPULATION FOR BRIEFING EXTENSION; [PROPOSED] ORDER** |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On May 3, 2023, Plaintiff Veronica G. Delsid filed the instant civil action for judicial review of the defendant Commissioner of Social Security's decision denying her application for Social Security disability benefits. (ECF Doc. 1) The Defendant responded to Plaintiff's Complaint on June 28, 2023. (ECF Doc. 11) Plaintiff's motion for summary judgment is currently due to be filed on or before July 28, 2023. (ECF Doc. 5, p.2:15-16)

STIPULATION FOR BRIEFING EXTENSION

Pursuant to the Scheduling Order in the above-referenced matter, the parties hereby stipulate that Plaintiff shall have a first-time extension of forty-five (45) days to file her motion for summary judgment. (ECF Doc. 5 at p.3:17-18) Plaintiff's counsel seeks the briefing extension due to unexpected travel and assistance to an elderly parent. A forty-five (45) day extension is sought due to the uncertainty of the circumstances prompting the request and to minimize conflicts with existing filing deadlines before this Court. Plaintiff's counsel apologizes to the Court for any inconvenience caused by the extension request. The defendant has no objection to the requested extension.

Respectfully submitted,

Dated: July 17, 2023

NEWEL LAW

By: *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
VERONICA G. DELSID

Dated: July 17, 2023

PHILLIP A. TALBERT
United States Attorney
MATTHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By: *Heidi Triesch*
HEIDI TRIESCH
Special Assistant United States Attorney
Attorney for Defendant

**ORDER**

Pursuant to stipulation and good cause appearing, IT IS ORDERED that Plaintiff shall be granted a first-time extension of forty-five (45) days to file her Opening Brief. The Opening Brief shall be filed on or before September 11, 2023, and all other deadlines shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **July 18, 2023**            /s/ Barbara A. McAuliffe           
                                    UNITED STATES MAGISTRATE JUDGE