PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JACOB PHILLIPS, WA State Bar #43902
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 206-615-2274
Jacob.phillips@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA G. DELSID,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. 1:23-cv-00665-BAM<br><br><br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended 21 days from October 11, 2023 up to and including November 1, 2023. This is the Defendant's first request for an extension. Plaintiff previously filed a stipulated extension for 45 days, which this Court granted.

Defendant requests this extension due to a recent attorney reassignment and conflicts with other deadlines. This request is not due to lack of diligence by defense counsel. Counsel for defendant was recently assigned to this case to prepare the responsive brief. When the case was assigned on September 29, 2023, Defense counsel had three Social Security Briefing deadlines due before the date Defendant's brief in this case is due. Counsel filed a response in each of those cases without delay, filing two cases on Friday, October 6, 2023. Additionally, defense counsel has had an extraordinarily heavy workload as the Office of the General Counsel has been working to address an attorney shortage given a recent spike in case receipts. In September alone, defense counsel filed briefs in nine Social Security matters, in addition to taking three days of bereavement leave. Given the recent reassignment here along with counsel's heavy workload and briefing conflicts, Defendant respectfully asks that this Court grant a three-week extension. Plaintiff's counsel does not oppose the request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: October 10, 2023    /s/ *Melissa Newel*\*
(*as authorized via e-mail)
MELISSA NEWEL

Dated: October 10, 2023    PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:    /s/ *Jacob Phillips*
JACOB PHILLIPS
Special Assistant U.S. Attorney
Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Defendant shall have an extension, up to and including November 1, 2023, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: __October 11, 2023__          /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE